1  SEYFARTH SHAW LLP
   Joseph A. Escarez (SBN 266644)
2  jescarez@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California  90067-3021
   Telephone:     (310) 277-7200
4  Facsimile:      (310) 201-5219

5  Attorneys for Defendant
   OPORTUN, INC.
6

7  WAJDA LAW GROUP, APC
   Nicholas M. Wajda (SBN 259178)
8  nick@wajdalawgroup.com
   6167 Bristol Parkway, Suite 200
9  Culver City, California 90230
   Telephone:     310-997-0471
10 Facsimile:      866-286-8433

11 SULAIMAN LAW GROUP, LTD.
   Joseph S. Davidson (*Pro Hac Vice*)
12 jdavidson@sulaimanlaw.com
   2500 South Highland Avenue, Suite 200
13 Lombard, Illinois 60148
   Telephone:     630-581-5450
14 Facsimile:      630-575-8188

15 Attorneys for Plaintiff
   JEANETTE MENESES
16

17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA
19

20 

| JEANETTE MENESES | Case No. 2:19-cv-01610-KJM-EFB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |
| v. | |
| OPORTUN, INC. | Date Action Filed:  August 21, 2019 |
| Defendant. | |

58947206v.1

WHEREAS, on August 21, 2019, plaintiff Jeanette Meneses ("Meneses") filed the Complaint in this action against defendants Oportun, Inc. ("Oportun");

WHEREAS, Meneses served Oportun with the Summons and Complaint on August 23, 2019;

WHEREAS, Oportun's response to the Complaint currently is due September 13, 2019;

WHEREAS, Montanez and Oportun, through their respective counsel of record, have agreed to extend the deadline for Oportun to respond to the Complaint by answer, motion or otherwise up to, and including, October 11, 2019;

WHEREAS, the parties have agreed to extend the time to afford Oportun time to review and analyze the Complaint;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

1. Oportun shall answer or otherwise respond to the Complaint on or before October 11, 2019.

2. By signing this stipulation, the parties have not waived any rights or defenses with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional and any other defenses, either by motion or otherwise.

DATED: September 6, 2019                SEYFARTH SHAW LLP

                                        By  */s/ Joseph A. Escarez*
                                            Joseph A. Escarez
                                        Attorneys for Defendant OPORTUN, INC.

DATED: September 6, 2019                SULAIMAN LAW GROUP, LTD

                                        By  */s/ Joseph S. Davidson*
                                            Joseph S. Davidson
                                        Attorneys for Plaintiff JEANETTE MENESES

58947206v.1