UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEANETTE MENESES,

               Plaintiff,

    v.

OPORTUN, INC.,

               Defendant.

Case No. 2:19-cv-01610-KJM-EFB

**ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING ARBITRATION**

Date Action Filed:  August 21, 2019

59658289v.1

Pursuant to the Joint Stipulation to Stay Action Pending Arbitration filed by Plaintiff JEANETTE MENESES ("Plaintiff") and Defendant OPORTUN, INC. ("Defendant"), and for good cause shown, the Court hereby ORDERS:

1.      Plaintiff shall submit his individual claims set forth in the Complaint to binding arbitration pursuant to the Arbitration Clause;

2.      This civil action shall be stayed during the arbitration of Plaintiff's individual claims; and

3.      This Court shall retain jurisdiction to enforce the Stipulation to binding arbitration and to confirm the arbitration award rendered therein.

**IT IS SO ORDERED.**

DATED:  October 18, 2019.

UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION

59658289v.1